UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUCKY CONCRETE PUMPING, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00323-EMC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 30, 2015<br>Mediator: Arthur Siegel |

IT IS HEREBY ORDERED that the request to excuse defendant Karen Knauss from appearing in person at the June 30, 2015, mediation before Arthur Siegel is DENIED. Ms. Knauss shall attend the mediation in person.

**IT IS SO ORDERED**.

Dated: JUNE 9, 2015

Maria-Elena James
United States Magistrate Judge