| | |
|---|---|
| 1 | ANNE M. BEVINGTON (SBN 111320) |
|   | SHAAMINI A. BABU (SBN 230704) |
| 2 | ANJULI M. CARGAIN (SBN 270546) |
|   | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
|   | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
|   | (415) 882-9287 -Facsimile |
| 5 | asbevington@sjlawcorp.com |
|   | sbabu@sjlawcorp.com |
| 6 | acargain@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |
| 8 | PATRICK M. GLENN (SBN 141604) |
|   | ASHLEY A. BALTAZAR (SBN 284921) |
| 9 | HANSON BRIDGETT, LLP |
|   | 425 Market Street, 26th Floor |
| 10 | San Francisco, CA 94105 |
|   | (415) 995-5047 |
| 11 | (415) 995-3491- Facsimile |
|   | pglenn@hansonbridgett.com |
| 12 | abaltazar@hansonbridgett.com |
| 13 | ELLEN J. WINOGRAD (SBN 111026) |
|   | WOODBURN AND WEDGE |
| 14 | 6100 Neil Road, Suite 500 |
|   | Reno, NV 89511 |
| 15 | (775) 688-3000 |
|   | (775) 688-3088- Facsimile |
| 16 | ewinograd@woodburnandwedge.com |
| 17 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.<br><br>Plaintiffs,<br>vs.<br><br>LUCKY CONCRETE PUMPING, INC., a Nevada corporation; KAREN KNAUSS, as an individual, and as Trustee of the CLARK KNAUSS QUALIFIED PERSONAL RESIDENCE TRUST dated May 10, 1995 and KNAUSS 1984 TRUST dated June 5, 1984; and DOES 1-10,<br><br>Defendants. | Case No.: CV 15-00323-EMC<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION; AND [~~PROPOSED~~ ORDER]**<br><br>Date:       July 30, 2015<br>Time:      10:30 a.m.<br>Location: 450 Golden Gate Avenue<br>               San Francisco, CA 94102<br>Courtroom: 5, 17th Floor<br>Judge:     Honorable Edward M. Chen |

-1-
Case No.: CV 15-00323-EMC

C:\Temp\OutlookTemp\Stip Req to Vacate Further CMC 7 6 15.doc

On June 30, 2015, the parties participated in mediation with court-appointed Mediator Arthur R. Siegel and reached a settlement. Docket No. 30. Upon receipt of the settlement payment, Plaintiffs will dismiss this action with prejudice. It is anticipated that the dismissal will be filed within forty-five (45) days from the date of this Stipulation. Accordingly, the parties respectfully request the Court to vacate the Further Case Management Conference scheduled on July 30, 2015, and all related deadlines.

Dated: July 6, 2015                     SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Anne M. Bevington
Shaamini A. Babu
Anjuli M. Cargain
Attorneys for Plaintiff


Dated: July 7, 2015                     HANSON BRIDGETT, LLP

By: _____
Patrick M. Glenn
Ashely A. Baltazar
Attorneys for Defendants


ORDER

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the Further Case Management Conference scheduled on July 30, 2015, ~~updated joint CMC statement shall be filed~~ is reset or October 15, 2015 at 10:30 a.m. An updated joint CMC statement shall be filed by October 8, 2015.

Date: 7/8/15

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

-2-
Case No.: CV 15-00323-EMC